**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**HERSHALL MORSE**                                                                     **PLAINTIFF**

**v.**                          **CASE NO. 4:13-CV-00249 BSM**

**UNITED STATES OF AMERICA**                                          **DEFENDANT**

## ORDER

Having been notified by the parties that a settlement has been reached in this matter, the court finds that this case should be dismissed.  It is therefore ordered that the plaintiff's complaint and all claims in this action against the defendant should be and are hereby dismissed with prejudice.

IT IS SO ORDERED this 29th day of September 2016.

_____
UNITED STATES DISTRICT JUDGE

Prepared by:

Lindsey Mitcham Lorence
Arkansas Bar No. 96183
Assistant United States Attorney
P.O. Box 1229
Little Rock, Arkansas 72203
(501) 340-2625
lindsey.lorence@usdoj.gov


Approved:

/s/  *Callis Childs*

_____

Callis L. Childs, P.A.
243 Highway 64 East
Conway, Arkansas 72032
(501)327-1700
cchilds@tcworks.net